No. 516. TEAL MOTOR CO., INC. *v.* ORIENT INSURANCE CO., INC., ET AL.; and

No. 517. SAME *v.* ATLAS ASSURANCE CO., INC. December 10, 1934. Petition for writs of certiorari to the

Supreme Court of the Philippine Islands denied. *Mr. Guillermo B. Guevara* for petitioner. *Mr. Allison D. Gibbs* for respondents.